UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LACHARA HILL,

                              Plaintiff,

    v.                                              Case No. 26-cv-2588 (JPO)

NORTHSIDE CENTER FOR CHILD          **NOTICE OF APPEARANCE**
DEVELOPMENT, INC.,

                              Defendant.

To the Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant

Northside Center for Child Development, Inc. in the above-captioned case and requests that copies

of any and all papers served and notices given in the case be served upon the undersigned counsel.

Dated: April 27, 2026                    JACKSON LEWIS P.C.
       New York, New York

                                         */s/ Andrew M. Sherwood*
                                         Andrew M. Sherwood

                                         666 Third Avenue
                                         28th Floor
                                         New York, New York 10017
                                         T: (212) 545-4000
                                         Andrew.Sherwood@JacksonLewis.com