UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LACHARA HILL,

                              Plaintiff,

        v.                                          Case No. 26-cv-2588 (JPO)

NORTHSIDE CENTER FOR CHILD                          **NOTICE OF APPEARANCE**
DEVELOPMENT, INC.,

                              Defendant.

To the Clerk of this Court and all parties of record:

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant

Northside Center for Child Development, Inc. in the above-captioned case and requests that copies

of any and all papers served and notices given in the case be served upon the undersigned counsel.


Dated: April 27, 2026                     JACKSON LEWIS P.C.
        New York, New York

                                          */s/ Casey Katz Pearlman*
                                          Casey Katz Pearlman

                                          666 Third Avenue
                                          28th Floor
                                          New York, New York 10017
                                          T: (212) 545-4000
                                          Casey.Pearlman@JacksonLewis.com